IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BRYAN KNIGHT                                                                               PLAINTIFF

V.                              CASE NO. 3:15-CV-3071

STATE OF ARKANSAS; SOUTHERN
HEALTH PARTNERS; and JAIL
ADMINISTRATOR JASON DAY,
Boone County Detention Center                                DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 11) filed in this case on November 6, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the claims against Separate Defendant State of Arkansas are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against all other Defendants remain for further resolution.

**IT IS SO ORDERED** on this 11th day of January, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE