IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BRYAN KNIGHT                                                              PLAINTIFF

V.                              CASE NO. 3:15-CV-03071

JASON DAY, Jail Administrator;
SHERIFF MIKE MOORE; and
NURSE JODI WOODS                                                       DEFENDANTS

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff, Bryan Knight, under the provisions of 42 U.S.C. § 1983. Knight proceeds *pro se* and *in forma pauperis.*

By order (Doc. 54) entered on May 4, 2017, Knight was given until May 22, 2017, to produce discovery responses to Separate Defendant, Jodi Woods. On May 30, 2017, Defendant Woods filed a motion to dismiss (Doc. 55), stating that Knight had not provided her with the discovery responses. A show cause order (Doc. 57) was then entered on May 30, 2017. Knight was given until June 13, 2017, to show cause why this action should not be dismissed based on his failure to comply with the Court's order. Knight was advised in the order that failing to respond would result in the dismissal of his case.

On June 14, 2017, Defendant Woods filed an amended motion to dismiss (Doc. 58). In the motion, she confirms that she still has not received the discovery responses, and she notes Knight's failure to respond to the show cause order. Having reviewed the record, the Court agrees that Knight has not responded to the show cause order. No request for an extension of time has been filed. No mail has been returned as undeliverable. Knight has not communicated with the Court in any way.

For these reasons, the Complaint is **DISMISSED WITH PREJUDICE** based on

-1-

Knight's failure to comply with the orders of this Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 22nd day of June, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE